UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

YULEIMA MERINO DIAZ,      Petitioner,

v.      Civil Action No. 4:26-cv-14-RGJ

KRISTI NOEM, et al.,      Respondents.

\* \* \* \* \*

### ORDER TO SHOW CAUSE

Petitioner Yuleima Merino Diaz, by counsel, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241.  Upon review of the petition, it is **ORDERED** as follows:

(1)      The Clerk of Court **shall forward by certified mail, return receipt requested** one copy of the petition (Docket No. 1) and this Order on each Respondent and the United States Attorney for the Western District of Kentucky and shall additionally serve the United States Attorney for the Western District of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2)      The Court finds good cause under 28 U.S.C. § 2243 to set the schedule for the return and hearing as set forth below.

(3)      **On or before January 21, 2026**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted.  *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

(4)      Petitioner may reply, if necessary, to Respondents **on or before January 23, 2026**.

(5)      The parties shall appear before this Court for a hearing on the petition on **January 27, at 12:00 p.m.** Eastern Time at the U.S. Courthouse in Louisville, Kentucky. Petitioner may appear by Zoom if the option is available with the Grayson County Jail and so long as Petitioner's appearance is not required as set forth in the following paragraph.  Counsel may contact the Court's

case manager, Ms. Andrea Morgan, at Andrea_Morgan@kywd.uscourts.gov to arrange for both Counsel for the Petitioner and the Petitioner to appear on Zoom.

(6) Petitioner must notify the Court **on or before 12:00 PM on January 21, 2026,** if an interpreter is necessary for the Show Cause Hearing.

(7) "Unless the application for the writ and the return present only issues of law the person to whom the writ is directed shall be required to produce at the hearing the body of the person detained." 28 U.S.C. § 2243. If the Petitioner asserts that there are issues of fact necessary to be addressed in the hearing, then they shall inform the Respondents by **January 21, 2026, and the Respondent shall produce the body of the person detained at the hearing.**

(8) Petitioner must comply with DE 5 regarding the Notice of Deficiency for the Filing Fee by **January 27, 2026**.

Date: January 15, 2026

Rebecca Grady Jennings, District Judge
United States District Court

cc: Counsel
Respondents, as directed above
U.S. Attorney, WDKY, as directed above

4415.010