UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

YULEIMA MERINO DIAZ,                                                                Petitioner,

v.                                                                  Civil Action No. 4:26-cv-14-RGJ

KRISTI NOEM, et al.,                                                                Respondents.

### ORDER GRANTING JOINT MOTION TO FORGO HEARING

The parties alerted to the Court that they are "not aware of any relevant factual disputes" and they jointly request to forgo the upcoming show cause hearing so the matter can stand submitted. [DE 12 at 51]. Thus, upon the motion of the parties to forgo the January 27, 2026, hearing and, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the motion is GRANTED, AND the **January 27, 2026, hearing is REMANDED**.

Rebecca Grady Jennings, District Judge
United States District Court

January 26, 2026